**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERNESTO CASTRO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MARTIN BITER, Warden,<br><br>　　　　　Respondent.<br>_____ | Case No. CV 11-10668-SVW (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed: the First Amended Petition; records on file; the February 24, 2012 Order Denying Motion to Stay Proceedings; the March 21, 2012 Order Granting Stay of Proceedings; the November 26, 2012 Order Vacating Stay of Proceedings; and the February 27, 2015 Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the various stay orders or to the Report and Recommendation within the time permitted. The Court accepts and concurs in the Magistrate Judge's rulings in denying one stay motion, granting another stay motion, and later vacating that stay, and also accepts the findings and recommendation of the Magistrate Judge in the Report and Recommendation.

IT IS THEREFORE ORDERED that the *Martinez* motion (docket no. 44) be denied, and Judgment be entered denying the First Amended Petition and dismissing this action with prejudice.

DATED: February 8, 2016

_____

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE