JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ERNESTO CASTRO,                ) Case No. CV 11-10668-SVW (SP)
                               )
         Petitioner,     )
                               )
         v.              ) **JUDGMENT**
                               )
MARTIN BITER, Warden,          )
                               )
         Respondent.     )
_____)

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

Dated: February 8, 2016

                                  _____
                                  HONORABLE STEPHEN V. WILSON
                                  UNITED STATES DISTRICT JUDGE